# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. EDCV 20-1168-DSF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: December 13, 2021

                                                  DALE S. FISCHER
                                         UNITED STATES DISTRICT JUDGE

---

[1] On November 24, 2021, Plaintiff filed a notice accepting the Magistrate Judge's findings and recommendations.