JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAMON ANDERSON,

              Plaintiff,

      v.

COUNTY OF RIVERSIDE, et al.,

            Defendants.

Case No. EDCV 20-1168-DSF (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: <u>December 13, 2021</u>

                                        _DALE S. FISCHER_
                            DALE S. FISCHER
               UNITED STATES DISTRICT JUDGE